## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL ACTION |
| v. ) | |
| ) | No. 09-20005-08-KHV |
| JAVIER DOZAL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **MEMORANDUM AND ORDER**

On June 8, 2010, the Court sentenced defendant to 151 months in prison based solely on the binding plea agreement under Rule 11(c)(1)(C). See Judgment In A Criminal Case (Doc. #873); Plea Agreement Pursuant To Fed. R. Crim. P. 11(c)(1)(C) (Doc. #603-1) filed January 28, 2010. On March 23, 2015, the Court overruled defendant's motion to appoint counsel to pursue a motion to reduce sentence under Section 3582(c)(2) because defendant is not eligible for relief. See Order (Doc. #1105). This matter is before the Court on defendant's Motion For Relief Under Amendment 782 (Doc. #1120) filed October 26, 2015. As noted in the Court's Order (Doc. #1105), defendant is not eligible for relief under 18 U.S.C. § 3582(c)(2) because the plea agreement called for a specific sentence and did not use or employ a guideline sentencing range. United States v. Graham, 704 F.3d 1275, 1278 (10th Cir. 2013). Accordingly, the Court overrules defendant's motion for relief under Amendment 782.

**IT IS THEREFORE ORDERED** that defendant's Motion For Relief Under Amendment 782 (Doc. #1120) filed October 26, 2015 be and hereby is **OVERRULED**.

Dated this 2nd day of November, 2015 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge